**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 16-82040-MARRA/MATTHEWMAN

DYNASTY SPORTS, LLC,
a Florida limited liability company,

Plaintiff,

v.

PRIMESPORT, INC.,
a Georgia corporation,

Defendant.
________________________________/

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable Judges and Magistrate Judges of this Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff Dynasty Sports, LLC states that Plaintiff is wholly-owned by CRubin, LLC, a Florida limited liability company. CRubin, LLC is owned by Cole Rubin and his family and there is no publicly-held corporation owning 10% or more of either entity.

Dated: December 27, 2016

*s/ Alan Rosenthal*
Alan Rosenthal (Florida Bar No. 220833)
arosenthal@carltonfields.com
Carlton Fields
Suite 4200 – Miami Tower
100 S.E. Second Street
Miami, Florida 33131
Telephone: 305-530-0050
Facsimile: 305-530-0055

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 27th day of December, 2016, a true and correct copy of the foregoing notice was furnished and served to the Clerk of the Court for filing and electronic service.

*s/ Alan Rosenthal*